Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
MICHAEL JOSEPH CAVE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH CAVE,

    Plaintiff,

       v.

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security
Administration,

    Defendant.

Case No.: 2:20-cv-01634-KJN

STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees, expenses, and costs in the above-entitled action in the amount of $7,065.63, which total amount the parties stipulate consists of $6,644.3 in fees and $21.30 in expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), together with  $400.00 in costs as authorized by 28 U.S.C. §§ 1920, 2412(a).   This amount represents compensation for all legal services and expenses incurred on behalf of Plaintiff by counsel in connection with this civil action.

Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

2 that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be

3 made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the

4 assignment executed by Plaintiff. Any payments made to Plaintiff will be delivered to JARED T.

5 WALKER.

6 This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and

7 does not constitute an admission of liability on the part of defendant under the EAJA or otherwise.

8 Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims

9 that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C.,

10 may have relating to EAJA attorney fees in connection with this action.

11 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

12 attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

13 Dated:  August 25, 2021                         Respectfully submitted,

14                                                 /s/ *Jared Walker*
                                                   JARED T. WALKER,
15                                                 Attorney for Plaintiff

16 SO STIPULATED:

17                                                 PHILLIP A. TALBERT

18                                                 Acting United States Attorney
                                                   DEBORAH LEE STACHEL
19                                                 Regional Chief Counsel, Region IX
                                                   Social Security Administration
20
                                         By:       /s/ *Marcelo N. Illarmo*
21                                                 MARCELO N. ILLARMO
22                                                 (*authorized by e-mail on 8/25/2021*)
                                                   Special Assistant United States Attorney
23
                                                   Attorneys for Defendant
24

25

26

27

28

STIPULATION AND ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that Plaintiff is awarded $6,665.63 (consisting of $6,644.33 in fees and $21.30 in expenses) under 28 U.S.C. § 2412(d), and $400.00 in costs as authorized by 28 U.S.C. §§ 1920 and 2412(a), for a total amount of $7,065.63 awarded to plaintiff pursuant to this Order, inclusive of all amounts claimed, subject to and in accordance with the terms of the parties' foregoing Stipulation.

Dated:  August 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cave.1634

STIPULATION AND ORDER FOR
AWARD UNDER EQUAL ACCESS TO JUSTICE ACT